IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

                                             :

                  v.          :          CRIMINAL NO. 22-323

MARK HOUCK          :

### JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, the 30th day of January, 2023, came the attorney for the government and the defendant being present with counsel, and

☐          The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐          A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒          The jury has returned its verdict, finding the defendant not guilty as to: Counts 1 and 2

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

      /s/ Gerald J. Pappert
      Gerald J. Pappert, J.

  1/30/23
  Date
By Whom   JL

Cr 1 (8/80)